```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 01485
   EDITH C JOHNSON
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
           Debtor
   SSN XXX-XX-1453
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/20/06 and confirmed on 06/19/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 14430.44 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREAT AMERICAN FINANCE | SECURED | 2376.00 | 141.54 | 2376.00 |
| NATIONWIDE CASSEL LP | SECURED | 1574.00 | 65.24 | 1574.00 |
| AMERICASH LOANS | UNSECURED | 1442.19 | .00 | 1442.19 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH IN A FLASH | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE CORP | UNSECURED | 1992.82 | .00 | 1992.82 |
| NATIONWIDE CASSEL LP | UNSECURED | 946.82 | .00 | 946.82 |
| NORTHSTAR CREDIT UNION | UNSECURED | 2108.90 | .00 | 2108.90 |
| NORTHSTAR CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ARSI | UNSECURED | NOT FILED | .00 | .00 |
| RIVER LANDING | UNSECURED | NOT FILED | .00 | .00 |
| SAGE TELECOM | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF ELGIN | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY TREASURER | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY TREASURER | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| GREATER ELGIN EMERGENCY | UNSECURED | NOT FILED | .00 | .00 |
| H&R BLOCK | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |

```
NATIONWIDE ACCEPTANCE     SECURED           371.33           29.07         371.33
AMERICASH LOANS           UNSECURED         346.50             .00         346.50
        Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4321.33         .00      6837.23         .00       11158.56
PRINCIPAL PAID      4321.33         .00      6837.23         .00       11158.56
INTEREST PAID        235.85         .00          .00         .00         235.85
TOTAL PAID          4557.18         .00      6837.23         .00       11394.41
```

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2500.00
and was paid $    400.00  direct and $   2100.00  through the plan.

The Trustee received $    571.41 .

Refunds to the Debtor totaled $    364.62 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/09/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 01485 EDITH C JOHNSON